IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| CESAR MEZA | * | CASE NO. 24-30769 |
| ARMIDA MEZA | * | CHAPTER 13 |
| | * | |
| Debtors. | * | |

## DEBTORS' PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT PURSUANT TO 11 U.S.C.§521(a)(1)(B)(iv)

Come now, Cesar Meza and Armida Meza, Debtors in the above case, and files this their

payment advices or other evidence of payment pursuant to 11U.S.C.§521(a)(1)(B)(iv).

Respectfully Submitted,

**MARTINEZ LAW FIRM**

**/s/ Eric M. Martinez**
**ERIC M. MARTINEZ**
Attorney for Debtor
SBN: 24034822
5601 Montana Avenue, Suite A
El Paso, TX 79925
(915) 490-0063 / Fax (915) 772-0257
email: ericmartinez1@yahoo.com

## BUSINESS BUDGET

DBA: _El Dorado Body & Paint_          Month/Year: _June 2024_


ESTIMATED MONTHLY GROSS FROM BUSINESS:     $ _17,600_

Monthly Business Expenses


Salaries                                       $ _8,100._

Advertising                                    $ _100._

Rent                                           $ _1900._

Taxes                                          $ _700_

Utilities                                      $ _1390_

Supplies                                       $ _3,200_

Insurance                                      $ _500_

Transportation                                 $ _1100_

Other:_____                $ _____


              TOTAL MTHLY EXPENSES    $ _16,990_


              ESTIMATED MONTHLY NET   $ _____

# BUSINESS BUDGET

DBA: _El Dorado Body + Paint_          Month/Year: _May 2024_

**ESTIMATED MONTHLY GROSS FROM BUSINESS:**          $ _20,100_

Monthly Business Expenses

| | |
|---|---|
| Salaries | $ _9,300_ |
| Advertising | $ _N/A_ |
| Rent | $ _1900.°¹_ |
| Taxes | $ _750.°²_ |
| Utilities | $ _1350.°³_ |
| Supplies | $ _3800.°⁴_ |
| Insurance | $ _500.°⁵_ |
| Transportation | $ _1225.°⁶_ |
| Other: _____ | $ _____ |

| | |
|---|---|
| **TOTAL MTHLY EXPENSES** | $ _18,825_ |
| **ESTIMATED MONTHLY NET** | $ _____ |