IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| CESAR MEZA, | * | CASE NO. 24-30769 |
| dba El Dorado Body & Custom, | * | |
| dba El Dorado Body & Paint, | * | |
| ARMIDA MEZA, | * | CHAPTER 13 |
| aka Armida Vargas de Meza, | * | |
| Debtors. | * | |

### SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS

### Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years? Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Check all that apply | Gross Income<br>(before deductions<br>and exclusions) | Debtor 2<br>Sources of income<br>Check all that apply | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of the current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $119,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the last calendar year: (January 1 to December 31, 2023) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $32,150.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $15,450.00 |
| For the calendar year before: (January 1 to December 31, 2022) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $59,250.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $22,150.00 |

DATED this the 7th day of August, 2024.

Respectfully submitted,
**MARTINEZ LAW FIRM**

_____
**CESAR MEZA, Debtor**

_____
**ARMIDA MEZA, Joint Debtor**

_____
ERIC M. MARTINEZ
SBN: 24034822
Attorney for the Debtors
5601 Montana Ave., S-A
El Paso, TX 79925
email: ericmartinez1@yahoo.com
(915) 490-0063 / Fax (915) 772-0257

## CERTIFICATE OF SERVICE

    I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument to Mr. Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino, El Paso, TX 79936, to the Debtors, Mr. and Mrs. Cesar Meza, 2061 Sun Chariot Dr., El Paso, TX 79938, and to the US Trustee, P.O. Box 1539, San Antonio, TX 78295, on this the 8th day of August, 2024.

                                                            **ERIC M. MARTINEZ**